EXHIBIT

**A**

# REXEL, INC.

**MID-ATLANTIC DIVISIONAL HEADQUARTERS**
1049 PRINCE GEORGES BOULEVARD
UPPER MARLBORO, MD 20774 (301) 249-5005

**REXEL**

**Mid-Atlantic Division**

## BUSINESS CREDIT APPLICATION

Instructions:
1. Complete all sections (missing information will delay processing).
2. Sign appropriate sections on back of form.
3. Provide financial statement.
4. ATTACH A COPY OF A VOIDED COMPANY CHECK.

Date: _6/29/05_
Credit Limit Requested: $ _20,000 +_

Legal Name of Business: _Worch Electric, Inc._    DBA: _____
Address: _3910 Knowles Ave_    _Kensington_    _MD_    _20895_
 STREET   PO. BOX    CITY    STATE   ZIP
Business Phone #: _301-942-4860_   Fax Phone #: _301-942-2316_   Fed Tax ID#: _52-1991980_
Name and Address of Headquarters: _____
Nature of Business: _____    Date Started: _____

Invoice Required? ☒ Yes ☐ No  Monthly Statement Required? ☒ Yes ☐ No  ☒ Corporation ☐ Sole Prop ☐ Partnership
Your estimated annual sales/revenue? $ _6,000,000_    Estimated monthly product purchases? $ _80,000-100,000_
Number of Employees:  Office _7_    Field _50_    Duns#: _____    SIC#: _____

☒ Taxable ☐ Non-taxable  If Non-taxable, tax-exempt certificate must be provided.

Are the owners also involved in any other business? ☒ Yes ☐ No    If yes, Name(s) of Business(es) _Twc Group, Inc_
Who should we contact regarding purchasing? _Chris Worch_
Special Billing Instructions: _Must Have Purchase Order + Job #_

Principals:  Full Name    Home Address & Phone #    Position    Social Security #
1) _Robert D. Worch_  _12120 Whippoorwine Ln. Rochester, MD_  _President_
2) _Christian Worch_  _12118 Whippoorwine Ln. Rochville, MD_  _V.P._
3) _Jay T. Worch_  _Po 462 19030 Russell Rd. Valleylee, MD_  _Outside General Mgr._
4)

SUPPLIERS REFERENCES:  Name    Address & Phone #    Account #
1) _Capital_
2) _Maurice_
3) _Dominion_
Bank (Checking): _____

## TERMS AND CONDITIONS OF SALE

1  These terms and conditions of sale, as well as all aspects of this application (including the personal guaranty), have been reviewed for, and are in compliance with all State and Federal law  Additionally all decisions with regard to the extension of credit to any corporation, sole proprietorship, individual or personal guarantor shall be made in accordance with applicable State and Federal laws, including but not limited to, the Equal Credit Opportunity Act.

2  These terms and conditions of sale shall control on all sales, including all direct shipment sales arranged by or through REXEL, INC (hereinafter "REXEL"), whether or not material is delivered by or through REXEL, and whether or not material is billed to Purchaser's various job accounts  Additionally, Purchaser agrees that they shall be responsible for payment as to all material purchased from REXEL, whether or not the amount of said purchase exceeds the credit limit requested. "REXEL" means its subsidiaries, affiliates, business units or assumed names identified on this Business Credit Application, ship ticket, picking ticket, invoice or statement, including but not limited to Branch Group, Inc., Branch Electric Supply Company, Inc , Rexel/Branch, Rexel/CES, Rexel/ESCO, Rexel/ESI and Rexel/Commerce

3  REXEL hereby sells to Purchaser and Purchaser hereby purchases all items, subject to the terms set forth herein below  All orders are based on quotation and, if placed within 30 (thirty) days from date of quotation, and accepted by REXEL  Purchaser will be billed at the prices quoted  Quantities and unit prices are for the specific quotations and sale only  Any increase or decrease in quantities is solely at the option of REXEL  REXEL assumes no responsibility for quoted or sold material  meeting any job specifications or requirements unless specifically so stated in REXEL's written quotation  REXEL is merely quoting its interpretation of Purchaser's requirements and bill of material  All quotations are subject to credit approval and are not an offer to sell on an open account basis. All prices for direct or drop ship items are FOB shipping point unless otherwise specified in writing by an agent of REXEL  Prices for all other items are FOB point of delivery, unless otherwise specified in writing by an agent of REXEL  The prices quoted are subject to additional Federal, State, or Local taxes

4  All orders placed for special order material (i.e. that material not kept in stock) are final and may require a deposit at time of order, with payment in full required when the material arrives at REXEL and prior to delivery  Once a special order is placed and confirmed in writing by REXEL, Purchaser agrees to accept said material and make payment in full.  Returns for non-stock or special order material are subject to the manufacturer's return policy.

5  All material delivered must be examined and inspected by the Purchaser and/or his agent or representative upon receipt.  For all material examined and inspected upon receipt, any claim of shortage and/or damage must be made at time of delivery  REXEL reserves the right to correct all errors and omissions. Where Purchaser and/or his agent or representative cannot examine and inspect material upon receipt, any and all claims must be made within (3) working days of delivery  Any claims made after the prescribed time period shall be honored as determined by REXEL

6  Stocked items, which are defective, may be returned without prior authorization for credit and replacement  Credit for properly returned defective stock material will be given when material is returned. All returns must be accompanied with the original invoice number of purchase for reference  REXEL must be furnished with an explanation as to the nature of the defect for return of any defective item  Non-defective stock items may be returned subject to the following conditions.  Credit for properly returned non-defective stock items will be given when material is received and inspected. Non-defective stock material returned is subject to a 15% handling fee  Additionally, restocking charges imposed by the manufacturer will be charged to the customer. All returns must be accompanied with the original invoice number of purchase for reference  REXEL must be furnished with the reason for return of any item. Purchaser acknowledges that any and all decisions as to the return of non-defective material shall be made AT THE SOLE DISCRETION OF REXEL AND MAY BE CHANGED OR REVOKED AT ANY TIME WITHOUT NOTICE

PLEASE COMPLETE REVERSE SIDE

7  Purchaser agrees that his/her sole remedy available for any default arising out of the sale and/or use of any and all material purchased shall be the return of said material purchased for a full refund. Purchaser acknowledges that no suit will be brought against, or shall include, REXEL where either consequential or incidental damages are sought. REXEL agrees *only* to replace any and all material shipped and/or received in defective condition.

8. On all orders placed for stock, out of stock and special order material where the delivery date is delayed due to a manufacturer's shipping error, or any other error, Purchaser agrees to hold REXEL harmless for any delay and agrees to make payment in full for said material. Purchaser agrees that REXEL shall not be responsible for any manufacturer's shipping defect. Purchaser further agrees to hold REXEL harmless for any manufacturer's shipping defect or injury to person(s) due to said defects.

9  REXEL makes NO WARRANTIES express or implied, including without limitation, WARRANTIES AS TO MERCHANTABILITY, OR AS TO FITNESS FOR A PARTICULAR USE OR PURPOSE, and as such shall not be liable for any loss or damage directly or indirectly arising from the use of such material Further, all MATERIAL DELIVERED IS DELIVERED "AS IS" AND "WITH ALL FAULTS " Any contradictory statement made by an employee of REXEL, shall have no effect or bearing, and the terms contained herein shall control

10  VENUE AND JURISDICTION AS TO ANY CLAIM OR CONTROVERSY SHALL BE PLACED IN PRINCE GEORGES COUNTY, MARYLAND, OR ANY OTHER COURT OF COMPETANT JURISDICTION SELECTED AT THE SOLE DISCRETION OF REXEL. On all matters referred to an attorney for collection, Purchaser agrees to pay REXEL's attorney fees in the amount of 33 1/3% of the principal amount due, plus court costs, miscellaneous costs, and disbursements Purchaser further agrees that any unpaid balance 30 (thirty) days past due from invoice or statement date shall be charged 2% per month interest (24% per annum).

11  Payment terms are vendor discount 10th, net 25th prox Cash discounts as pre-computed will be allowed for payment on or before the 10th of the month following billing Cash discounts are not offered on freight, sales tax or items sold under net terms.  Purchaser agrees that all material sold on account constitute a continuing contract, and no specific individual sale, invoice, or purchase item shall be considered separately for the purpose of mechanics liens, payment bonds, or for any other purpose

12.  Purchaser represents and warrants that the information provided herein is true and complete Further, Purchaser authorizes REXEL to make all inquiries it deems necessary to verify the information provided above, including Dun & Bradstreet reports and credit report information, and as such the undersigned who is either the principal of the credit applicant or other interested party, (recognizing that his or her individual credit may be a factor in the evaluation of the credit history of the applicant), hereby consents to and authorizes REXEL to obtain and use (from time to time and on a "as needed" basis) any and all information related to the credit evaluation process, including but not limited to, the undersigned's consumer credit report.

13  Title for all material remains with REXEL until paid for in full by the Purchaser. Should Purchaser take action under Title 11 of the United States Code, or take any other action to avoid making payment in full, Purchaser agrees to promptly return any material not paid for in full  Purchaser agrees to keep the material fully insured until paid for in full  The risk of loss of any material delivered by REXEL shall pass to the Purchaser as soon as the material is delivered to the Purchaser at its place of business or any other place designated by the Purchaser for delivery. On all direct or drop shipments risk of loss shall be FOB shipping point.

14  Purchaser waives his/her/its homestead exemption as well as all requirements of notice, demand, presentation or protest and hereby appoints any employee of REXEL or any attorney for the purpose of confessing judgment in any court of competent jurisdiction in favor of REXEL for the unpaid balance on Purchaser's account, including interest at 2% per month (24% per annum), costs and attorney's fees in the amount of thirty-three and one-third percent (33 1/3%) of the principal amount due, and further consents to immediate execution of said judgment.

***IMPORTANT NOTICE: THIS INSTRUMENT PERMITS REXEL TO OBTAIN AND USE YOUR INDIVIDUAL CREDIT HISTORY FOR CREDIT EVALUATION PURPOSES. THIS INSTRUMENT FURTHER CONTAINS A CONFESSION OF JUDGMENT PROVISION, WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE.***

Purchaser acknowledges that he/she has read and AGREES TO ALL OF THE ABOVE TERMS AND CONDITIONS OF SALE.

| Signature | V.P. | Christian Worch |
| --- | --- | --- |
| Signature | Title | Name (Print) |
| Signature | G.M. | Joy Worch |
| Signature | Title | Name (Print) |

## GUARANTY

In order to induce REXEL, Inc (hereafter referred to as REXEL), as well as its subsidiaries and affiliates (more fully defined in the Terms and Conditions above), to extend credit to the person or business applying for credit above, I(WE) hereby PERSONALLY GUARANTY to REXEL, prompt payment for all material purchased from REXEL, whether or not the amount of said purchase exceeds the credit limit requested in the credit application    I(WE) also PERSONALLY GUARANTY payment of 2% per month interest on the unpaid balance of any account 30 days past due, plus 33 1/3% attorney's fees and court costs  Additionally, I(WE) acknowledge that the terms and conditions contained in the business credit application shall be incorporated herein by reference and be made a part of this GUARANTY

This is a continuing GUARANTY and shall remain in full force and effect until revoked by Guarantor by notice in writing by certified mail/return receipt requested to REXEL. Such revocation shall be effective only as to claims that arise out of transactions entered into after the receipt of said notice  This GUARANTY shall remain binding upon the heirs, estate representatives, successors and assigns of Guarantor(s). I(WE) hereby waive our homestead exemption as well as all requirements of rights with regard to notice, demand, presentment or protest and hereby appoint any employee of REXEL or attorney to appear in any court of competent jurisdiction for the purpose of confessing judgment on all amounts due pursuant to the terms of this GUARANTY.

I(WE), recognizing that our individual credit history may be a factor in the evaluation of accepting this GUARANTY, hereby consent to and authorize REXEL to obtain and use (from time to time and on an "as needed" basis) any and all information related to the credit evaluation process, including but not limited to, the undersigned's consumer credit report

**IMPORTANT NOTICE: THIS INSTRUMENT PERMITS REXEL TO OBTAIN AND USE YOUR INDIVIDUAL CREDIT HISTORY FOR CREDIT EVALUATION PURPOSES. THIS INSTRUMENT FURTHER CONTAINS A CONFESSION OF JUDGMENT PROVISION, WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE.**

| Signature | Print Name: Christian Worch | SS#: |
| --- | --- | --- |
| Signature: | Print Name: | SS#: |
| Signature: | Print Name: | SS#: |
| Signature: | Print Name: | SS#: |

**EXHIBIT**

B

## SUBCONTRACT PAYMENT BOND

Bond# CSC-220442

KNOW ALL BY THESE PRESENTS, That we,_____Worch Electric, Inc._____

__2230 Distribution Circle, Silver Spring, MD 20910__
(Here insert the name and address, or legal title, of the Subcontractor)

As Principal, herein called Principal, and __Colonial Surety Company_____, a corporation of the State of __Pennsylvania__
_____, as Surety, herein called Surety, are held and firmly bound unto __Lebolo-Watts Constructors 01 Joint Venture, LLC__
__2100 Corporate Drive, Boynton Beach, FL 33426__
(Here insert the name and address, or legal title, of the General Contractor)

as Obligee, herein called Obligee, for the use and benefit of claimants as herein defined, in the amount of __Three Million__
__Five Hundred Thousand and Zero Cents--__
Dollars ($__3,500,000.00--__), for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated __May 18, 2012_____entered into a subcontract with Obligee
for __New 25,000 SF Building__

which subcontract is by reference made a part hereof, and is referred to as subcontract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if the Principal shall promptly make payment to all Claimants as herein defined, for all labor and material used or reasonably required for use in the performance of the Subcontract,, then this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

The Surety hereby waives notice of any modification or amendment to the Subcontract made in accordance with the terms thereof, and any alteration or extension of time made by or through the General Contractor.

1. A Claimant is defined as one having a direct contract with the Principal for labor, material, or both, used or reasonably required for use in the performance of the contract.

2. The above-named Principal and Surety hereby jointly and severally agree with the Obligee that every claimant as herein defined, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such Claimant's work or labor was done or performed, or materials were furnished by such Claimant, may sue on this bond in the Claimant's own name for such sums as may be justly due Claimant.

3. No suit or action shall be commenced hereunder by any Claimant:
   (a) Unless Claimant shall have given written notice to any two of the following: The Principal, the Obligee, or the Surety above named, within ninety (90) days after such Claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made.
   (b) After the expiration of one (1) year following the date on which principal ceased work on said Subcontract.
   (c) Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof is situated, or in the United States District Court for the district in which the project, or any part thereof, is situated, and not elsewhere.

4. The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith hereunder.

Signed and sealed this __11th__ day of __July__, 20 __12__.

In the presence of:

Worch Electric, Inc.
_____ (Seal)

By_____
Principal

Colonial Surety Company
_____
Surety

Rita Alfano, Witness

By_____
Anthony J. Cimasko, Attorney-In-Fact

**EXHIBIT**



## Credit Department

  972-725-1163

  Christine.Hylan@RexelUSA.com

## STATEMENT

Statement Notes:

| Remit To: |
| --- |
| **REXEL**<br>PO BOX 347009<br>PITTSBURGH, PA 15251-4009 |

**Note:** A late charge consistent with state law will be assesed on all past due balances.

Branch Group Inc., Federal ID# 88-0201867

| Past Due | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 86,978.55 | 0.00 | 56,866.17 | 30,112.38 | 0.00 | 0.00 | 0.00 | 86,978.55 |

| Date | Invoice Number | Packslip # | Sales Order # | PO Number/Job Name | Due Date | Current Balance | Past Due Balance | Days Past Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 03/12/13 | S103203536.009 | | | SW15180 | 05/15/13 | 13,411.60 | 13,411.60 | 35 |
| 03/12/13 | S103203536.011 | | | SW15180 | 05/15/13 | 4,711.11 | 4,711.11 | 35 |
| 03/20/13 | S103203536.013 | | | SW15180 | 05/15/13 | 11,191.54 | 11,191.54 | 35 |
| 03/22/13 | S103203536.015 | | | SW15180 | 05/15/13 | 798.13 | 798.13 | 35 |
| 04/23/13 | S103203536.017 | | | SW15180 | 06/14/13 | 56,866.17 | 56,866.17 | 5 |

To ensure timely and proper payment application, please remit payment with detailed remittance advice 7 days prior to due date.

Customer #:259521

Return bottom portion
with payment to:
REXEL
PO BOX 347009
PITTSBURGH, PA 15251-4009

| Total Amount Due |
| --- |
| **86,978.55** |

| Invoice Number | Trans Balance | Amount Due | Payment |
| --- | --- | --- | --- |
| S103203536.009 | 13,411.60 | 13,411.60 | |
| S103203536.011 | 4,711.11 | 4,711.11 | |
| S103203536.013 | 11,191.54 | 11,191.54 | |
| S103203536.015 | 798.13 | 798.13 | |
| S103203536.017 | 56,866.17 | 56,866.17 | |

**rexel**

PO BOX 766, ATTN: CREDIT
DEPARTMENT
ADDISON, TX 75001-0766

WORCH ELECTRIC INCORPORATED
FT MEADE WIDEBAND SATCOM OPP CTR
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

Page 1 of 1



| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 259521 | S103203536.009 | 03/12/13 | 13,411.60 | 05/15/13 |

Branch Group Inc., Federal ID# 88-0201867

# INVOICE

**BILL TO ADDRESS**
WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**SHIP TO ADDRESS**
WORCH ELECTRIC INCORPORATED
FT MEADE WIDEBAND SATCOM OPP CTR
6421 ZIMBORSKI AVENUE
FT MEADE, MD 20755

**ORDER TYPE**

**ORDER DATE**
08/13/12

**ORDERED BY**
Chris Worch

**DATE SHIPPED**
03/12/13

**PO NUMBER**
SW15180

**SALES REP.**
Keith Hunley (3105)

**UPS/FEDEX TRACKING #**

**SALES ORDER**
S103203536.009

**SHIP METHOD**
DIRECT

**JOB NAME**
12001

Discount amount is $126.52
If paid on or before 04/10/13,
pay $13,285.08. If paid after
04/10/13, pay $13,411.60

## Branch Contact Information

 301-663-0800

 1569 Tilco Drive
Frederick, MD 21704

| Line | Customer/Rexel Part Number | Description | PO Line # | Quantity Ordered | Quantity Shipped | Unit Price | Per | Extended Price | TAX Y/N |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 307589 | ^Reference IEM quote # 32024 307589 | | 1 | 1 | 12652.450000 | ea | 12652.45 | N |
| | | PANEL MUH2 INTERIOR | | 1 | 1 | | | | |
| | | PANEL MUH2 TRIM | | 1 | 1 | | | | |
| | | PANEL MUH1 INTERIOR | | 1 | 1 | | | | |
| | | PANEL MUH1 TRIM | | 1 | 1 | | | | |

REXEL
PO BOX 766, ATTN: CREDIT DEPARTMENT
ADDISON, TX 75001-0766

7532 0200 HE 00 13 03132013 NNNNNNNN 0004910 Non-0   1 oz.

WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**Send Payments To:**
**REXEL**
PO BOX 347009
PITTSBURGH, PA 15251-4009

CREDIT DEPARTMENT
972-725-1163
Christine.Hylan@RexelUSA.com

Please visit www.rexelusa.com for
terms and conditions applying to all
transactions. Thank you.

| | |
|---|---|
| SUBTOTAL | 12,652.45 |
| TOTAL TAX | 759.15 |
| SHIPPING & HANDLING | 0.00 |
| **Total Amount Due** | **13,411.60** |

Note: All invoiced items are subject to cash discounts. Discounts may only be taken if your
payment is received by the dates shown on the required payment schedule. A late charge
consistent with state law will be assessed on all past due accounts.

**PAYMENT TERMS: 1% 10th, N45 EOM**

Cust # 259521
Invoice # S103203536.009

1oz



Page 1 of 1

| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 259521 | S103203536.011 | 03/12/13 | 4,711.11 | 05/15/13 |

Branch Group Inc., Federal ID# 88-0201867

# INVOICE

**BILL TO ADDRESS**
WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**SHIP TO ADDRESS**
WORCH ELECTRIC INCORPORATED
FT MEADE WIDEBAND SATCOM OPP CTR
6421 ZIMBORSKI AVENUE
FT MEADE, MD 20755

**ORDER TYPE**

**ORDER DATE**
08/13/12

**ORDERED BY**
Chris Worch

**DATE SHIPPED**
03/12/13

**PO NUMBER**
SW15180

**SALES REP.**
Keith Hunley (3105)

**UPS/FEDEX TRACKING #**

**SALES ORDER**
S103203536.011

**SHIP METHOD**
DIRECT

**JDB NAME**
12001

---

**Discount amount is $44.44**
**If paid on or before 04/10/13,**
**pay $4,666.67. If paid after**
**04/10/13, pay $4,711.11**

## Branch Contact Information

 301-663-0800

 1569 Tilco Drive
Frederick, MD 21704

---

| Line | Customer/Rexel Part Number | Description | PO Line # | Quantity Ordered | Quantity Shipped | Unit Price | Per | Extended Price | TAX Y/N |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 151712 | ^Reference email from Carl Rager dated 01/18/13. 151712 | | 1 | 1 | 4444.440000 | ea | 4444.44 | N |
| | | SHORT CIRCUIT, COORDINATION & ARC FLASH STUDY FOR FT MEADE | | 1 | 1 | | | | |

---

**Rexel**

PO BOX 766, ATTN: CREDIT DEPARTMENT
ADDISON, TX 75001-0766

7532 0200 HE D6 13 03132013 NNNNNNNN 0004911 Non-0  1 oz.

WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**Send Payments To:**
**REXEL**
**PO BOX 347009**
**PITTSBURGH, PA 15251-4009**

**CREDIT DEPARTMENT**
972-725-1163
Christine.Hylan@RexelUSA.com

Please visit www.rexelusa.com for terms and conditions applying to all transactions. Thank you.

| | |
|---|---|
| SUBTOTAL | 4,444.44 |
| TOTAL TAX | 266.67 |
| SHIPPING & HANDLING | 0.00 |
| **Total Amount Due** | **4,711.11** |

Note: All invoiced items are subject to cash discounts. Discounts may only be taken if your payment is received by the dates shown on the required payment schedule. A late charge consistent with state law will be assessed on all past due accounts.

**PAYMENT TERMS: 1% 10th, N45 EOM**

**Cust # 259521**
**Invoice # S103203536.011**

Page 1 of 1



| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 259521 | S103203536.013 | 03/20/13 | 11,191.54 | 05/15/13 |

## INVOICE

Branch Group Inc., Federal ID# 88-0201867

**BILL TO ADDRESS**
WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**SHIP TO ADDRESS**
WORCH ELECTRIC INCORPORATED
FT MEADE WIDEBAND SATCOM OPP CTR
6421 ZIMBORSKI AVENUE
FT MEADE, MD 20755

**ORDER TYPE**

**ORDER DATE**
08/13/12

**ORDERED BY**
Chris Worch

**DATE SHIPPED**
03/20/13

**PO NUMBER**
SW15180

**SALES REP.**
Keith Hunley (3105)

**UPS/FEDEX TRACKING #**

**SALES ORDER**
S103203536.013

**SHIP METHOD**
DIRECT

**JOB NAME**
12001

Discount amount is $105.58
If paid on or before 04/10/13,
pay $11,085.96. If paid after
04/10/13, pay $11,191.54

### Branch Contact Information

301-663-0800

1569 Tilco Drive
Frederick, MD 21704

| Line | Customer/Rexel Part Number | Description | PO Line # | Quantity Ordered | Quantity Shipped | Unit Price | Per | Extended Price | TAX Y/N |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 307589 | ^Reference IEM quote # 32024 307589 | | 1 | 1 | 10558.060000 | ea | 10558.06 | N |
| | | 30KVA-XFMR | | 3 | 3 | | | | |
| | | 45KVA-XFMR | | 2 | 2 | | | | |



PO BOX 766, ATTN: CREDIT DEPARTMENT
ADDISON, TX 75001-0766

7532 0200 HE D0 21 03212013 NNNNNNNN 0005162 Non-0   1 oz.

WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**Send Payments To:**
**REXEL**
**PO BOX 347009**
**PITTSBURGH, PA 15251-4009**

**CREDIT DEPARTMENT**
972-725-1163
Christine.Hylan@RexelUSA.com
Please visit www.rexelusa.com for terms and conditions applying to all transactions. Thank you

| SUBTOTAL | 10,558.06 |
|---|---|
| TOTAL TAX | 633.48 |
| SHIPPING & HANDLING | 0.00 |
| **Total Amount Due** | **11,191.54** |

Note: All invoiced items are subject to cash discounts. Discounts may only be taken if your payment is received by the dates shown on the required payment schedule. A late charge consistent with state law will be assessed on all past due accounts.

**PAYMENT TERMS: 1% 10th, N45 EOM**

**Cust # 259521**
**Invoice # S103203536.013**



Page 1 of 1

| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 259521 | S103203536.015 | 03/22/13 | 798.13 | 05/15/13 |

Branch Group Inc.. Federal ID# 88-0201867

# INVOICE

**BILL TO ADDRESS**
WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**SHIP TO ADDRESS**
WORCH ELECTRIC INCORPORATED
FT MEADE WIDEBAND SATCOM OPP CTR
6421 ZIMBORSKI AVENUE
FT MEADE, MD 20755

**ORDER TYPE**

**ORDER DATE**
08/13/12

**ORDERED BY**
Chris Worch

**DATE SHIPPED**
03/22/13

**PO NUMBER**
SW15180

**SALES REP.**
Keith Hunley (3105)

**UPS/FEDEX TRACKING #**

**SALES ORDER**
S103203536.015

**SHIP METHOD**
DIRECT

**JOB NAME**
12001

**Discount amount is $7.53**
If paid on or before 04/10/13,
pay $790.60. If paid after
04/10/13, pay $798.13

## Branch Contact Information

 301-663-0800

1569 Tilco Drive
Frederick, MD 21704

| Line | Customer/Rexel Part Number | Description | PO Line # | Quantity Ordered | Quantity Shipped | Unit Price | Per | Extended Price | TAX Y/N |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 307589 | ^Reference IEM quote # 32024 307589 | | 1 | 1 | 752.950000 | ea | 752.95 | N |
| | | TH3362 | | 2 | 2 | | | | |
| | | TRS60R | | 6 | 6 | | | | |
| | | TH3361 | | 1 | 1 | | | | |
| | | TRK16B | | 1 | 1 | | | | |
| | | TRS30R | | 3 | 3 | | | | |
| | | TRK26A | | 2 | 2 | | | | |

PO BOX 766, ATTN: CREDIT DEPARTMENT
ADDISON, TX 75001-0766

7532 0200 NE D0 23 03232013 NNNNNNNN 0005175 Non-Q  1 oz.

WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**Send Payments To:**
**REXEL**
**PO BOX 347009**
**PITTSBURGH, PA 15251-4009**

CREDIT DEPARTMENT
972-725-1163
Christine.Hylan@RexelUSA.com
Please visit www.rexelusa.com for
terms and conditions applying to all
transactions  Thank you

| | |
|---|---|
| SUBTOTAL | 752.95 |
| TOTAL TAX | 45.18 |
| SHIPPING & HANDLING | 0.00 |
| **Total Amount Due** | **798.13** |

Note: All invoiced items are subject to cash discounts. Discounts may only be taken if your
payment is received by the dates shown on the required payment schedule. A late charge
consistent with state law will be assessed on all past due accounts.

**PAYMENT TERMS: 1% 10th, N45 EOM**

**Cust # 259521**
**Invoice # S103203536.015**

Page 1 of 1



| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 259521 | S103203536.017 | 04/23/13 | 56,866.17 | 06/14/13 |

Branch Group Inc., Federal ID# 88-0201867

## INVOICE

**BILL TO ADDRESS**
WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**SHIP TO ADDRESS**
WORCH ELECTRIC INCORPORATED
FT MEADE WIDEBAND SATCOM OPP CTR
6421 ZIMBORSKI AVENUE
FT MEADE, MD 20755

**ORDER TYPE**

**ORDER DATE**
08/13/12

**ORDERED BY**
Chris Worch

**DATE SHIPPED**
04/23/13

**PO NUMBER**
SW15180

**SALES REP.**
Keith Hunley (3105)

**UPS/FEDEX TRACKING #**

**SALES ORDER**
S103203536.017

**SHIP METHOD**
DIRECT

**JOB NAME**
12001

Discount amount is $536.47
If paid on or before 05/10/13,
pay $56,329.70. If paid after
05/10/13, pay $56,866.17

### Branch Contact Information

 301-663-0800

 1569 Tilco Drive
Frederick, MD 21704

| Line | Customer/Rexel Part Number | Description | PO Line # | Quantity Ordered | Quantity Shipped | Unit Price | Per | Extended Price | TAX Y/N |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 307589 | ^Reference IEM quote # 32024 307589 | | 1 | 1 | 53647.330000 | ea | 53647.33 | N |
| | | MAIN SWITCHBOARD "SWBD" | | 1 | 1 | | | | |

rexel

PO BOX 766, ATTN: CREDIT DEPARTMENT
ADDISON, TX 75001-0766

7532 0200 HE D0 24 04242013 NNNNNNNN 0005382 Non-@   1 oz-

WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**Send Payments To:**
**REXEL**
PO BOX 347009
PITTSBURGH, PA 15251-4009

**CREDIT DEPARTMENT**
972-725-1163
Christine.Hylan@RexelUSA.com

Please visit www.rexelusa.com for terms and conditions applying to all transactions. Thank you.

| | |
|---|---|
| SUBTOTAL | 53,647.33 |
| TOTAL TAX | 3,218.84 |
| SHIPPING & HANDLING | 0.00 |
| **Total Amount Due** | **56,866.17** |

Note: All invoiced items are subject to cash discounts. Discounts may only be taken if your payment is received by the dates shown on the required payment schedule. A late charge consistent with state law will be assessed on all past due accounts.

**PAYMENT TERMS: 1% 10th, N45 EOM**

**Cust # 259521**
**Invoice # S103203536.017**



**STATEMENT**

### Credit Department Information

972-725-1163

Christine.Hylan@RexelUSA.com

Page: 1 of 1
Date: 05/25/13
Customer #: 306717

**Remit To:**

REXEL
P. O. BOX 416443
BOSTON, MA 02241-6443

**Note:** A late charge consistent with state law will be assessed on all past due accounts.

Branch Group Inc. Federal ID# 88-0201867

| Past Due | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 2,275.31 | | 2,275.31 | | | | | 2,275.31 |

| Date | Invoice Number | PO Number/Job Name | Due Date | Open Balance |
|---|---|---|---|---|
| 03/25/13 | S104536899.001 | FX-15108/1 | 05/15/13 | 2,275.31 |

To ensure timely and proper payment application, please remit payment with detailed remittance advice 7 days prior to due date.

**Rexel**

PO BOX 766, ATTN: CREDIT DEPARTMENT
ADDISON, TX 75001-0766

7532 0200 HE D0 29 05292013 NNNNNNNN 0024199 Non-Q   1 oz.

WORCH ELECTRIC INCORPORATED
SNCO P-615
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

Return bottom portion and payment to:

REXEL
P. O. BOX 416443
BOSTON, MA 02241-6443

Customer #: 306717

| Total Amount Due |
|---|
| 2,275.31 |

| Invoice Number | Trans Balance | Amount Due | Payment Attached |
|---|---|---|---|
| S104536899.001 | 2,275.31 | 2,275.31 | ☐ |

1 oz


**REXEL**
ELECTRICAL & DATACOM SUPPLIES

| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 306717 | S104536899.001 | 03/25/2013 | 2,275.31 | 05/15/2013 |

# INVOICE

**Discount amount is $32.50**
**If paid on or before 04/10/2013, pay $2,242.81**
**If paid after 05/15/2013, pay $2,275.31**

**BILL TO ADDRESS**
WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**ORDER TYPE**

**SALES REP.**
Keith Hunley (3105)

**ORDER DATE**
03/20/2013

**UPS/FEDEX TRACKING#**

**ORDERED BY**
NONE NEW ESTIMATING

**SALES ORDER**

**Branch Contact Information**
301-762-8100

**SHIP TO ADDRESS**
WORCH ELECTRIC INCORPORATED
SNCO P-615
BLDG 3077 SOUTH ST
QUANTICO, VA 22134

**DATE SHIPPED**
03/25/2013

**SHIP VIA**
ROUTE 311

14616 SOUTHLAWN LANE
ROCKVILLE, MD 20850-1317

**PO NUMBER**
FX-15108

**JOB NAME**
1

| Line | Customer/Rexel Part Number | PO Line # | Quantity Ordered | Quantity Shipped | UNIT PRICE/Per | EXT PRICE | TAX Y/N |
|---|---|---|---|---|---|---|---|
| 1 | SYL CF18DD/E/830/ECO COMPACT FLUOR LAMP<br>* Component of : C1 | | 56 | 56 | 4.304/EA | 241.02 | |
| 2 | SYL CF18DD/E/830/ECO COMPACT FLUOR LAMP<br>* Component of : C1E | | 10 | 10 | 4.304/EA | 43.04 | |
| 3 | SYL CF18DD/E/830/ECO COMPACT FLUOR LAMP<br>* Component of : C1D | | 28 | 28 | 4.304/EA | 120.51 | |
| 4 | SYL CF18DD/E/830/ECO COMPACT FLUOR LAMP<br>* Component of : C2 | | 12 | 12 | 4.304/EA | 51.65 | |
| 5 | SYL CF18DD/E/830/ECO COMPACT FLUOR LAMP<br>* Component of : C2D | | 20 | 20 | 4.304/EA | 86.08 | |
| 6 | SYL CF18DD/E/830/ECO COMPACT FLUOR LAMP<br>* Component of : C3 | | 18 | 18 | 4.304/EA | 77.47 | |
| 7 | SYL MP150/U/MED HID LAMP<br>* Component of : N1 | | 10 | 10 | 26.791/EA | 267.91 | |
| 8 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : D2 | | 12 | 12 | 2.397/EA | 28.76 | |
| 9 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : D2 | | 1 | 1 | 2.397/EA | 2.40 | |
| 10 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : A1 | | 198 | 198 | 2.397/EA | 474.61 | |
| 11 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : A1E | | 27 | 27 | 2.397/EA | 64.72 | |
| 12 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : A2 | | 42 | 42 | 2.397/EA | 100.67 | |
| 13 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : A2E | | 39 | 39 | 2.397/EA | 93.48 | |

## ** REPRINT ** REPRINT

**REXEL**

PO Box 766, Attn: Credit Department
Addison, TX 75001-0766

**Send Payments To:**
**REXEL**
**P. O. BOX 416443**
**BOSTON, MA**
**02241-6443**

| CREDIT DEPARTMENT | SUBTOTAL | |
|---|---|---|
| | TOTAL TAX | |
| Please consult the Rexel, Inc. Terms and Conditions of sale at the following http://www.rexeluse.com/CustomerResource.aspx. | SHIPPING & HANDLING | |
| | PAYMENTS | |
| | **Total Amount Due** | |

WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

Note: All invoiced items are subject to cash discounts. Discounts may only be taken if your payment is received by the dates shown on the required payment schedule. A late charge consistent with state law will be assessed on all past due accounts.

**PAYMENT TERMS: 1.5% 10th, N45 EOM**

Printed By: VCALDWEL on 6/19/2013 1:12:29 PM



**ELECTRICAL & DATACOM SUPPLIES**

| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 306717 | S104536899.001 | 03/25/2013 | 2,275.31 | 05/15/2013 |

# INVOICE

Discount amount is $32.50
If paid on or before 04/10/2013, pay $2,242.81
If paid after 05/15/2013, pay $2,275.31

**ORDER TYPE**

**SALES REP.**
Keith Hunley (3105)

**BILL TO ADDRESS**
WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**ORDER DATE**
03/20/2013

**UPS/FEDEX TRACKING#**

**ORDERED BY**
NONE NEW ESTIMATING

**SALES ORDER**

**Branch Contact Information**
301-762-8100

**SHIP TO ADDRESS**
WORCH ELECTRIC INCORPORATED
SNCO P-615
BLDG 3077 SOUTH ST
QUANTICO, VA 22134

**DATE SHIPPED**
03/25/2013

**SHIP VIA**
ROUTE 311

14616 SOUTHLAWN LANE
ROCKVILLE, MD 20850-1317

**PO NUMBER**
FX-15108

**JOB NAME**
1

| Line | Customer/Rexel Part Number | PO Line # | Quantity Ordered | Quantity Shipped | UNIT PRICE/Per | EXT PRICE | TAX Y/N |
|---|---|---|---|---|---|---|---|
| 14 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : A3 | | 16 | 16 | 2.397/EA | 38.35 | |
| 15 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : A4 | | 4 | 4 | 2.397/EA | 9.59 | |
| 16 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : A4E | | 2 | 2 | 2.397/EA | 4.79 | |
| 17 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : B1 | | 28 | 28 | 2.397/EA | 67.12 | |
| 18 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : B1E | | 24 | 24 | 2.397/EA | 57.53 | |
| 19 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>* Component of : D1E | | 20 | 20 | 2.397/EA | 47.94 | |
| 20 | SYL CF18DT/E/IN/835/ECO COMP FLUOR LAMP<br>* Component Item | | 6 | 6 | 5.441/EA | 32.65 | |
| 21 | SYL CF18DT/E/IN/835/ECO COMP FLUOR LAMP<br>TYPE : N2E | | 4 | 4 | 5.441/EA | 21.76 | |
| 22 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>TYPE : J1 | | 98 | 98 | 2.397/EA | 234.91 | |
| 23 | SYL FO32/835/ECO OCTRON FLUOR LAMP<br>TYPE : J1 | | 18 | 18 | 0.000/EA | 0.00 | |

DT _M. Hamatek_   03.21.2019
Signature   Date
_M. Hamatek_
Printed Name   8 Items

## ** REPRINT ** REPRINT



PO Box 766, Attn: Credit Department
Addison, TX 75001-0766

**Send Payments To:**
**REXEL**
**P. O. BOX 416443**
**BOSTON, MA**
**02241-6443**

| CREDIT DEPARTMENT | | |
|---|---|---|
| Please consult the Rexel, Inc. Terms and Conditions of sale at the following http://www.rexelusa.com/CustomerResource aspx | SUBTOTAL | 2,166.96 |
| | TOTAL TAX | 108.35 |
| | SHIPPING & HANDLING | 0.00 |
| | PAYMENTS | 0.00 |
| | Total Amount Due | 2,275.31 |

WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

Note: All invoiced items are subject to cash discounts. Discounts may be only taken if your payment is received by the dates shown on the required payment schedule. A late charge

**PAYMENT TERMS: 1.5% 10th, N45 EOM**

Printed By: VCALDWEL on 6/19/2013 1:12:30 PM

**SOLAR--WORCH ELECTRIC INCORPORATED - 44705**

| Child Acct | Original Inv Number | Original Bill Date | Inv Number | Bill Date | PO Number | Reference No | TAX | Amount |
|---|---|---|---|---|---|---|---|---|
| 44705 | S103048768.001 | 7/23/2012 | S105186787.001 | 6/19/13 | 15189 | 11017 | 160.37 | $2,833.18 |
| 44705 | S103083036.001 | 7/25/2012 | S105186843.001 | 6/19/13 | 15197 | 11017 | 332.61 | $5,876.06 |
| 44705 | S103112876.001 | 8/1/2012 | S105186482.001 | 6/19/13 | 15203 | 11017 | 212.86 | $3,760.60 |
| 44705 | S103234298.001 | 8/20/2012 | S105186732.001 | 6/19/13 | 60353 | NVCC | 21.46 | $379.14 |
| | | | | | | | | $12,848.98 |



**Page: 1 of 1**
**Date:06/24/13**
**Customer #:44705**

## Credit Department

 972-725-1194

## STATEMENT

📧 James.Quaintance@RexelHoldi

**Statement Notes:**

If paid on or before 07/10/2013, pay $XX,XXX.XX
If paid after 07/10/2013, pay $XX,XXX.XX

**Remit To:**

REXEL
PO BOX 347009
PITTSBURGH, PA 15251-4009

**Note:** All invoiced items are subject to cash discounts.
Discounts may be only be taken if your payment is
received by the dates shown on the required payment
schedule.  A late charge consistent with state law will
be assessed on all past due accounts.

**Branch Group Inc., Federal ID# 88-0201867**

| Past Due | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 0.00 | 12,848.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,848.98 |

| Date | Invoice Number | Pack/Slip # | Sales Order # | PO Number/Job Name | Due Date | Current Balance | Past Due Balance | Days Past Due |
|---|---|---|---|---|---|---|---|---|
| 06/19/13 | S105186482.001 | | | 15203 | 08/14/13 | 3760.60 | | |
| 06/19/13 | S105186732.001 | | | 60353 | 08/14/13 | 379.14 | | |
| 06/19/13 | S105186787.001 | | | 15189 | 08/14/13 | 2833.18 | | |
| 06/19/13 | S105186843.001 | | | 15197 | 08/14/13 | 5876.06 | | |

To ensure timely and proper payment application, please remit payment with detailed remittance advice 7 days prior to due date.

**Customer #:44705**

Return bottom portion
with payment to:
REXEL
PO BOX 347009
PITTSBURGH, PA 15251-4009

| Discount amount | Total Amount Due |
|---|---|
| $XXX.XX | 12,848.98 |
| | $XX,XXX.XX |



PO BOX 766, ATTN: CREDIT
DEPARTMENT
ADDISON, TX 75001-0766

| Invoice Number | Trans Balance | Discount | Amount Due | Payment |
|---|---|---|---|---|
| S105186482.001 | XXXXX.XX | XX.XX | XXXX.XX | ☐ |
| S105186732.001 | XXX.XX | X.XX | XXX.XX | ☐ |
| S105186787.001 | XXXX.XX | XX.XX | XXXX.XX | ☐ |
| S105186843.001 | XXXX.XX | XX.XX | XXXX.XX | ☐ |

WORCH ELECTRIC INCORPORATED
FORT MEADE KIMBROUGH
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

# REXEL
ELECTRICAL & DATACOM SUPPLIES

| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 41067 | S103083036.001 | 07/25/2012 | 0.00 | 09/14/2012 |

# INVOICE

**Discount amount is $83.15**
**If paid on or before 08/10/2012, pay $-83.15**
**If paid after 09/14/2012, pay $0.00**

**ORDER TYPE**

**SALES REP.**
Keith Hunley (3105)

**BILL TO ADDRESS**
WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**ORDER DATE**
07/24/2012

**UPS/FEDEX TRACKING#**

**ORDERED BY**
ANDREW

**SALES ORDER**

**Branch Contact Information**
301-762-6100

**SHIP TO ADDRESS**
WORCH ELECTRIC INCORPORATED
BLDG.8545
FORT MEADE, MD 20755

**DATE SHIPPED**
07/25/2012

**SHIP VIA**
ROUTE 708

14616 SOUTHLAWN LANE
ROCKVILLE, MD 20850-1317

**PO NUMBER**
15197

**JOB NAME**
11017

| Line | Customer/Rexel Part Number | PO Line # | Quantity Ordered | Quantity Shipped | UNIT/Per PRICE | EXT PRICE | TAX Y/N |
|---|---|---|---|---|---|---|---|
| 1 | BX MCAL122SOLWG1000RL CABLE MC-AL-12/2-SOL-W/GRN-GRD 1000FT REEL | | 4000 | 4000 | 405.628/M | 1622.51 | |
| 2 | BX MCAL123SOLWG1000RL CABLE MC-AL-12/3-W/GRN GRD 1000RL | | 2000 | 2000 | 688.301/M | 1376.60 | |
| 3 | BX MCAL102SOLWG1000RL CABLE MC-AL-10/2-SOL-W/GRN-GRD 1000FT REEL | | 2000 | 2000 | 852.124/M | 1704.25 | |
| 4 | EMT 075RED 3/4-RED-FIRE-ALARM-EMT | | 2000 | 2000 | 35.956/C | 719.13 | |
| 5 | IDE 30-3392 12AWG 8INCH BOX OF 50 SOLID WIRE GROUNDING TAIL | | 100 | 100 | 25.524/C | 25.52 | |
| 6 | EGS 7075S 3/4"GLAND COMP CONN | | 100 | 100 | 23.415/C | 23.41 | |
| 7 | EGS 6075S 3/4" GLAND COMPRESSION COUPLG | | 100 | 100 | 27.675/C | 27.68 | |
| 8 | EGS AS-0-100 NEER 5/16"*ANTI-SHORT BUSHING | | 100 | 100 | 2.291/C | 2.29 | |
| 9 | RXC R8ZNK 19758 -> 8 X 1 NYLON ZIP IT ANCHOR KIT SOLD PER EACH | | 4 | 4 | 10.514/EA | 42.06 | |
| | Prior Deposit on 12/25/2012 | | | | | -5306.09 | |
| | Prior Deposit on 12/27/2012 | | | | | -569.97 | |

Signature _____ Date _____

Printed Name _____ Date _____  # Items _____

## ** REPRINT ** REPRINT

# rexel
PO Box 766, Attn: Credit Department
Addison, TX 75001-0766

**Send Payments To:**
**REXEL**
**P. O. BOX 416443**
**BOSTON, MA**
**02241-6443**

WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

| CREDIT DEPARTMENT | | |
|---|---|---|
| Please consult the Rexel, Inc. Terms and Conditions of sale at the following: http://www.rexelusa.com/CustomerResource.aspx | SUBTOTAL | 5,543.45 |
| | TOTAL TAX | 332.61 |
| | SHIPPING & HANDLING | 0.00 |
| | PAYMENTS | -5876.06 |
| | **Total Amount Due** | **0.00** |

Note: All invoiced items are subject to cash discounts. Discounts may be only be taken if your payment is received by the dates shown on the required payment schedule. A late charge

## PAYMENT TERMS: 1.5% 10th, N45 EOM

Page   1 of 1

# REXEL
ELECTRICAL & DATACOM SUPPLIES

| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 41067 | S103048768.001 | 07/23/2012 | 0.00 | 09/14/2012 |

## INVOICE

**Discount amount is $40.09**
If paid on or before 08/10/2012, pay $-40.09
If paid after 09/14/2012, pay $0.00

**BILL TO ADDRESS**
WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**ORDER TYPE**

**SALES REP.**
Keith Hunley (3105)

**ORDER DATE**
07/19/2012

**UPS/FEDEX TRACKING#**

**ORDERED BY**
CHARLES

**SALES ORDER**

**Branch Contact Information**
301-762-8100

**SHIP TO ADDRESS**
WORCH ELECTRIC INCORPORATED
BLDG.8545
FORT MEADE, MD 20755

**DATE SHIPPED**
07/23/2012

**SHIP VIA**
ROUTE 708

14616 SOUTHLAWN LANE
ROCKVILLE, MD 20850-1317

**PO NUMBER**
15189

**JOB NAME**
11017

| Line | Customer/Rexel Part Number | PO Line # | Quantity Ordered | Quantity Shipped | UNIT PRICE/ Per | EXT PRICE | TAX Y/N |
|---|---|---|---|---|---|---|---|
| 1 | ERC TSGB24 SCREW GUN BRACKET, TELESCOPIC 17 TO 26 | | 200 | 200 | 231.759/C | 463.52 | |
| 2 | ERC TSGB16 SCREW GUN BRACKET,TELESCOPIC 11 TO 18 | | 200 | 200 | 173.789/C | 347.58 | |
| 3 | EGS TC-612 NEER 3/4 D/C COMP EMT CPLG | | 50 | 50 | 47.129/C | 23.56 | |
| 4 | EGS TC-602 NEER 3/4 D/C COMP EMT CONN | | 50 | 50 | 40.300/C | 20.15 | |
| 5 | ERC RBS16 BRACKET,MOUNTING,PLATE 16 | | 50 | 50 | 211.301/C | 105.65 | |
| 6 | RXC R812WT5 19745 -> 8 X 1/2 WAFER HEAD PHILLIP SELF DRILL SCREW ZINC PLATED SOLD AS 500PK | | 2 | 2 | 13.715/EA | 27.43 | |
| 7 | BX MCAL122SOLWG1000RL CABLE MC-AL-12/2-SOL-W/GRN-GRD 1000FT REEL | | 4000 | 4000 | 408.248/M | 1632.99 | |
| 8 | EGS AS-0-100 NEER 5/16"ANTI-SHORT BUSHING | | 100 | 100 | 2.549/C | 2.55 | |
| 9 | RXG BZL2661 3/8 DC 2SCR FLEX CONN | | 100 | 100 | 0.169/EA | 16.86 | |
| 10 | IDE BT2-500JR B-TWIST BT2 RED, 500 JAR | | 500 | 500 | 6.503/C | 32.52 | |

Prior Deposit on 12/25/2012          -2833.18

_Signature_          Date

_Printed Name_          # Items

## ** REPRINT ** REPRINT

# REXEL
ELECTRICAL & DATACOM SUPPLIES

PO Box 766, Attn: Credit Department
Addison, TX 75001-0766

**Send Payments To:**
REXEL
P. O. BOX 416443
BOSTON, MA
02241-6443

| CREDIT DEPARTMENT | | |
|---|---|---|
| | SUBTOTAL | 2,672.81 |
| | TOTAL TAX | 160.37 |
| Please consult the Rexel, Inc. Terms and Conditions of sale at the following: http://www.rexelusa.com/CustomerResource.aspx | SHIPPING & HANDLING | 0.00 |
| | PAYMENTS | -2833.18 |
| | **Total Amount Due** | **0.00** |

**WORCH ELECTRIC INCORPORATED**
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

Note: All invoiced items are subject to cash discounts.  Discounts may be only be taken if your payment is received by the dates shown on the required payment schedule.  A late charge
**PAYMENT TERMS: 1.5% 10th, N45 EOM**

# REXEL

ELECTRICAL & DATACOM SUPPLIES

| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 41067 | S103234298.001 | 08/20/2012 | 0.00 | 10/15/2012 |

Page   1 of 1

## INVOICE

| Discount amount is $5.37 |
|---|
| If paid on or before 09/10/2012, pay $5.37 |
| If paid after 10/15/2012, pay $0.00 |

**BILL TO ADDRESS**
WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**SHIP TO ADDRESS**
WORCH ELECTRIC INCORPORATED
ANACOSTIA HIGH SCHOOL
1601 R STREET SE
WASHINGTON, DC 20020-4725

**ORDER TYPE**

**ORDER DATE**
08/16/2012

**ORDERED BY**
RICHARD

**DATE SHIPPED**
08/20/2012

**PO NUMBER**
60353

**SALES REP.**
Keith Hunley (3105)

**UPS/FEDEX TRACKING#**

**SALES ORDER**

**SHIP VIA**
ROUTE 502

**JOB NAME**
NVCC

### Branch Contact Information
301-595-5891
10417 Baltimore Blvd
Beltsville, MD 20705

| Line | Customer/Rexel Part Number | PO Line # | Quantity Ordered | Quantity Shipped | UNIT PRICE /Per | EXT PRICE | TAX Y/N |
|---|---|---|---|---|---|---|---|
| 1 | HUB HBL8410 SGL RCPT, 3P4W, 20A 125/250V,14-20R,BK | | 3 | 3 | 23.754/EA | 71.26 | |
| 2 | MBY 97091 1G SS SGL RCPT. | | 3 | 3 | 94.509/C | 2.84 | |
| 3 | BX MCAL122SOLWG250CL MC-AL-12/2-SOL-BLACK/WHITE W/GRN-GRD(122MCAL) | | 500 | 500 | 411.584/m | 205.79 | |
| 4 | SYL CF32DT/E/IN/835/ECO COMP FLUOR LAMP | | 8 | 8 | 9.724/EA | 77.79 | |

Prior Deposit on 12/25/2012       -357.68
Prior Deposit on 02/21/2013        -21.46

BY _____ B. Kelly _____  Date _____
Signature

Printed Name              # Items

## ** REPRINT ** REPRINT

# REXEL
ELECTRICAL & DATACOM SUPPLIES

PO Box 766, Attn: Credit Department
Addison, TX  75001-0766

**WORCH ELECTRIC INCORPORATED**
**2230 DISTRIBUTION CIR**
**SILVER SPRING, MD 20910-1259**

| Send Payments To: |
|---|
| REXEL |
| P. O. BOX 416443 |
| BOSTON, MA |
| 02241-6443 |

CREDIT DEPARTMENT

| | |
|---|---|
| SUBTOTAL | 357.68 |
| TOTAL TAX | 21.46 |
| SHIPPING & HANDLING | 0.00 |
| PAYMENTS | -379.14 |
| **Total Amount Due** | **0.00** |

Please consult the Rexel, Inc. Terms and Conditions of sale at the following: http://www.rexelusa.com/CustomerResource.aspx

Note: All invoiced items are subject to cash discounts.  Discounts may be only be taken if your payment is received by the dates shown on the required payment schedule.  A late charge

**PAYMENT TERMS: 1.5% 10th, N45 EOM**

Page 1 of 1

**rexel**

ELECTRICAL & DATACOM SUPPLIES

| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 41067 | S103112876.001 | 08/01/2012 | 0.00 | 10/15/2012 |

# INVOICE

| Discount amount is $53.22 |
|---|
| If paid on or before 09/10/2012, pay $-53.22 |
| If paid after 10/15/2012, pay $0.00 |

**ORDER TYPE**

**SALES REP.**
Keith Hunley (3105)

**BILL TO ADDRESS**
WORCH ELECTRIC INCORPORATED
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

**ORDER DATE**
07/30/2012

**UPS/FEDEX TRACKING#**

**ORDERED BY**
ROSS

**SALES ORDER**

**Branch Contact Information**

301-762-8100

**SHIP TO ADDRESS**
WORCH ELECTRIC INCORPORATED
BLDG.8545
FORT MEADE, MD 20755

**DATE SHIPPED**
08/01/2012

**SHIP VIA**
ROUTE 708

14616 SOUTHLAWN LANE
ROCKVILLE, MD 20850-1317

**PO NUMBER**
15203

**JOB NAME**
11017

| Line | Customer/Rexel Part Number | PO Line # | Quantity Ordered | Quantity Shipped | UNIT PRICE/ Per | EXT PRICE | TAX Y/N |
|---|---|---|---|---|---|---|---|
| 1 | BX MCAL122SOLWG1000RL CABLE MC-AL-12/2-SOL-W/GRN-GRD 1000FT REEL | | 4000 | 4000 | 405.628/M | 1622.51 | |
| 2 | EGS AS-0-100 NEER 5/16**ANTI-SHORT BUSHING | | 100 | 100 | 2.328/C | 2.33 | |
| 3 | RXC R8ZSK 19783 -> 8 X 1 METAL ZIP IT ANCHOR KIT SOLD PER EACH | | 2 | 2 | 12.801/EA | 25.60 | |
| 4 | BX MCAL62STRWG2500RL MC-AL-6/2-STR-W/GRN-GRD 2500FT 1000 ft reel | | 1000 | 1000 | 1721.212/M | 1721.21 | |
| 5 | RXG RX2053 HANGER W/BOLT CONDUIT 3/4IN | | 50 | 50 | 23.541/C | 11.77 | |
| 6 | RXG BZL2611 3/8 DC DPLX FLEX CONN | | 50 | 50 | 0.541/EA | 27.05 | |
| 7 | IDE 38-500 TOWEL,IDEAL,IDEAL WIPES,MULTI-PURPOSE | | 2 | 2 | 14.117/EA | 28.23 | |
| 8 | RXC R101PK 19839 -> 10 X 1 PAN HEAD COMBO ANCHOR KIT SOLD PER EACH | | 2 | 2 | 6.500/EA | 13.00 | |
| 9 | 3M 1700-3/4X60FT *1700-SLP BLACK VINYL TAPE 3/4" X 60' 1.5" CORE | | 10 | 10 | 0.730/EA | 7.30 | |
| 10 | LEN 1779803 T2 ACCESSORIES 4L ARBOR 1/BOX | | 3 | 3 | 7.288/EA | 21.86 | |
| 11 | LEN 1779801 T2 ACCESSORIES 2L ARBOR 1/BOX | | 3 | 3 | 16.745/EA | 50.24 | |
| 12 | SYL 75A-130V IF A19 MED LAMP | | 40 | 40 | 0.416/EA | 16.64 | |
| | Prior Deposit on 12/25/2012 | | | -3760.60 | | | |

## ** REPRINT ** REPRINT



PO Box 766, Attn: Credit Department
Addison, TX 75001-0766

**WORCH ELECTRIC INCORPORATED**
2230 DISTRIBUTION CIR
SILVER SPRING, MD 20910-1259

| Send Payments To: |
|---|
| REXEL |
| P. O. BOX 416443 |
| BOSTON, MA |
| 02241-6443 |

| CREDIT DEPARTMENT | | |
|---|---|---|
| | SUBTOTAL | 3,547.74 |
| | TOTAL TAX | 212.86 |
| Please consult the Rexel, Inc. Terms and Conditions of sale at the following: http://www.rexelusa.com/CustomerResource.aspx | SHIPPING & HANDLING | 0.00 |
| | PAYMENTS | -3760.60 |
| | **Total Amount Due** | 0.00 |

Note: All invoiced items are subject to cash discounts. Discounts may be only be taken if your payment is received by the dates shown on the required payment schedule. A late charge

**PAYMENT TERMS: 1.5% 10th, N45 EOM**

**INVOICE**



REMIT TO:
**REXEL**

**P. O. BOX 416443**

**BOSTON, MA 02241-6443**

**\*\*\* DUPLICATE \*\*\***

| INVOICE # | INVOICE DATE | CUST # |
|---|---|---|
| S105186482.001 | 6/19/13 | 41067 |
| PO NUMBER | TERMS | PAGE # |
| 15203 | 1.5%10N45EOM | 1 |

CORRESPONDENCE TO: REXEL INC. - N. ROCKVILLE
14616 SOUTHLAWN LANE
ROCKVILLE MD 20850-1317

SHIP TO: WORCH ELECTRIC INCORPORATED
FORT MEADE KIMBROUGH
2480 LIEWELLYN AVE
FORT MEADE, MD
20755-7081

BILL TO: WORCH ELECTRIC INCORPORATED

2230 DISTRIBUTION CIR

SILVER SPRING MD

20910-1259

| PLACED BY | SALES PERSON | PHONE |
|---|---|---|
| ross | KHUNLEY | |
| INSTRUCTIONS | SHIP VIA | SHIP DATE |
| | ROUTE 708 | 6/19/13 |

A LATE CHARGE CONSISTENT WITH STATE LAW WILL BE ADDED TO ALL PAST DUE INVOICES

| PRODUCT | DESCRIPTION & UOM | SHIPPED | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|
| | BX MCAL122SOLWG1000RL CABLE UofMea 1 MC-AL-12/2-SOL-W/GRN-GRD 1000FT REEL | 4,000.00 | 0.41 | 1,622.51 |
| | EGS AS-0-100 NEER 5/16""ANTI-SHORT UofMea 1 BUSHING | 100.00 | 0.02 | 2.33 |
| | RXC R8ZSK 19783 -> 8 X 1 METAL ZIP UofMea 1 IT ANCHOR KIT SOLD PER EACH | 2.00 | 12.80 | 25.60 |
| | RXG RX2053 HANGER W/BOLT CONDUIT UofMea 1 3/4IN | 50.00 | 23.541 | 11.77 |
| | RXG BZL2611 3/8 DC DPLX FLEX CONN IDE 38-500 TOWEL,IDEAL,IDEAL UofMea 1 | 50.00 | 0.541 | 27.05 |
| | IDE 38-500 TOWEL,IDEAL,IDEAL UofMea 1 WIPES,MULTI-PURPOSE | 2.00 | 14.117 | 28.23 |
| | RXC R101PK 19839 -> 10 X 1 PAN HEAD UofMea 1 COMBO ANCHOR KIT SOLD PER EACH | 2.00 | 6.50 | 13.00 |
| | 3M 1700-3/4X60FT *1700-SLP BLACK UofMea 1 VINYL TAPE 3/4" X 60' 1.5" CORE | 10.00 | 0.730 | 7.30 |
| | LEN 1779803 T2 ACCESSORIES 4L ARBOR UofMea 1 1/BOX | 3.00 | 7.29 | 21.86 |
| | LEN 1779801 T2 ACCESSORIES 2L ARBOR UofMea 1 1/BOX | 3.00 | 16.745 | 50.24 |
| | SYL 75A-130V IF A19 MED LAMP UofMea 1 "Non Stock-Item/RGA Required" | 40.00 | 0.42 | 16.64 |
| | BX MCAL62STRWG2500RL UofMea 1 MC-AL-6/2-STR-W/GRN-GRD 2500FT | 1,000.00 | 1.72 | 1,721.21 |

| | INVOICE SUBTOTAL | STATE TAX | COUNTY TAX | CITY TAX | OTHER TAX | FREIGHT & HANDLING | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| | 1,834.77 | 212.86 | | | | 0.00 | 3760.60 |

# INVOICE



**REMIT TO:**
**REXEL**

**P. O. BOX 416443**

**BOSTON, MA 02241-6443**

*** DUPLICATE ***

| INVOICE # | INVOICE DATE | CUST # |
|---|---|---|
| S105186732.001 | 6/19/13 | 41067 |
| PO NUMBER | TERMS | PAGE # |
| 60353 | 1.5%10N45EOM | 1 |

CORRESPONDENCE TO: REXEL INC. - BELTSVILLE
10417 Baltimore Blvd
Beltsville MD 20705

SHIP TO: WORCH ELECTRIC INCORPORATED
FORT MEADE KIMBROUGH
2480 LIEWELLYN AVE
FORT MEADE, MD
20755-7081

BILL TO: WORCH ELECTRIC INCORPORATED

2230 DISTRIBUTION CIR

SILVER SPRING MD

20910-1259

| PLACED BY | SALES PERSON | PHONE |
|---|---|---|
|  | KHUNLEY |  |
| INSTRUCTIONS | SHIP VIA | SHIP DATE |
|  | ROUTE 708 | 6/19/13 |

A LATE CHARGE CONSISTENT WITH STATE LAW WILL BE ADDED TO ALL PAST DUE INVOICES

| PRODUCT | DESCRIPTION & UOM | SHIPPED | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|
|  | HUB HBL8410 SGL RCPT, 3P4W, 20A UofMea 1 125/250V,14-20R,BK | 3.00 | 23.75 | 71.26 |
|  | MBY 97091 1G SS SGL.RCPT. | 3.00 | 0.95 | 2.84 |
|  | BX MCAL122SOLWG250CL UofMea 1 MC-AL-12/2-SOL-BLACK/WHITE W/GRN-GRD(122MCAL) | 500.00 | 0.41 | 205.79 |
|  | SYL CF32DT/E/IN/835/ECO COMP FLUOR UofMea 1 LAMP | 8.00 | 9.72 | 77.79 |

| | INVOICE SUBTOTAL | STATE TAX | COUNTY TAX | CITY TAX | OTHER TAX | FREIGHT & HANDLING | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| | 357.68 | 21.46 | | | | 0.00 | $379.14 |

# INVOICE



**REMIT TO:**
**REXEL**

**P. O. BOX 416443**

**BOSTON, MA 02241-6443**

*** DUPLICATE ***

| INVOICE # | INVOICE DATE | CUST # |
|---|---|---|
| S105186787.001 | 6/19/13 | 41067 |
| PO NUMBER | TERMS | PAGE # |
| 15189 | 1.5%10N45EOM | 1 |

CORRESPONDENCE TO: REXEL INC. - N. ROCKVILLE
14616 SOUTHLAWN LANE
ROCKVILLE MD 20850-1317

SHIP TO: WORCH ELECTRIC INCORPORATED
FORT MEADE KIMBROUGH
2480 LIEWELLYN AVE
FORT MEADE, MD
20755-7081

BILL TO: WORCH ELECTRIC INCORPORATED

2230 DISTRIBUTION CIR

SILVER SPRING MD

20910-1259

| PLACED BY | SALES PERSON | PHONE |
|---|---|---|
| | KHUNLEY | |
| INSTRUCTIONS | SHIP VIA | SHIP DATE |
| | ROUTE 708 | 6/19/13 |

A LATE CHARGE CONSISTENT WITH STATE LAW WILL BE ADDED TO ALL PAST DUE INVOICES

| PRODUCT | DESCRIPTION & UOM | SHIPPED | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|
| | ERC TSGB24 SCREW GUN BRACKET, UofMea 1 TELESCOPIC 17 TO 26 | 200.00 | 2.32 | 463.52 |
| | ERC TSGB16 SCREW GUN UofMea 1 BRACKET,TELESCOPIC 11 TO 18 | 200.00 | 1.74 | 347.58 |
| | EGS TC-612 NEER 3/4 D/C COMP EMT UofMea 1 CPLG | 50.00 | 0.47 | 23.56 |
| | EGS TC-602 NEER 3/4 D/C COMP EMT UofMea 1 CONN | 50.00 | 0.40 | 20.15 |
| | ERC RBS16 BRACKET,MOUNTING,PLATE 16 | 50.00 | 2.11 | 105.65 |
| | RXC R812WT5 19745 -> 8 X 1/2 WAFER UofMea 1 HEAD PHILLIP SELF DRILL SCREW ZINC PLATED SOLD AS 500PK | 2.00 | 13.71 | 27.43 |
| | BX MCAL122SOLWG1000RL CABLE UofMea 1 MC-AL-12/2-SOL-W/GRN-GRD 1000FT REEL | 4,000.00 | 0.41 | 1632.99 |
| | EGS AS-0-100 NEER 5/16'"ANTI-SHORT UofMea 1 BUSHING | 100.00 | 0.03 | 2.55 |
| | RXG BZL2661 3/8 DC 2SCR FLEX CONN | 100.00 | 0.17 | 16.86 |
| | IDE BT2-500JR B-TWIST BT2 RED, 500 UofMea 1 JAR | 500.00 | 0.07 | 32.52 |

| | INVOICE SUBTOTAL | STATE TAX | COUNTY TAX | CITY TAX | OTHER TAX | FREIGHT & HANDLING | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| | 2,672.85 | 160.37 | | | | 0.00 | 2833.18 |

# INVOICE



**REMIT TO:**
**REXEL**

**P. O. BOX 416443**

**BOSTON, MA 02241-6443**

**\*\*\* DUPLICATE \*\*\***

| INVOICE # | INVOICE DATE | CUST # |
|---|---|---|
| S105186843.001 | 6/19/13 | 41067 |
| PO NUMBER | TERMS | PAGE # |
| 15197 | 1.5%10N45EOM | 1 |

CORRESPONDENCE TO:   REXEL INC. - N. ROCKVILLE
14616 SOUTHLAWN LANE
ROCKVILLE MD 20850-1317

SHIP TO:   WORCH ELECTRIC INCORPORATED
FORT MEADE KIMBROUGH
2480 LIEWELLYN AVE
FORT MEADE, MD
20755-7081

BILL TO:   WORCH ELECTRIC INCORPORATED

2230 DISTRIBUTION CIR

SILVER SPRING MD
20910-1259

| PLACED BY | SALES PERSON | PHONE |
|---|---|---|
| | KHUNLEY | |
| INSTRUCTIONS | SHIP VIA | SHIP DATE |
| | ROUTE 708 | 6/19/13 |

A LATE CHARGE CONSISTENT WITH STATE LAW WILL BE ADDED TO ALL PAST DUE INVOICES

| PRODUCT | DESCRIPTION & UOM | SHIPPED | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|
| BX MCAL122SOLWG1000RL CABLE UofMea 1 MC-AL-12/2-SOL-W/GRN-GRD 1000FT REEL | | 4,000.00 | 0.41 | 1622.51 |
| BX MCAL123SOLWG1000RL CABLE UofMea 1 MC-AL-12/3-W/GRN GRD 1000RL | | 2,000.00 | 0.69 | 1,376.60 |
| BX MCAL102SOLWG1000RL CABLE UofMea 1 MC-AL-10/2-SOL-W/GRN-GRD 1000FT REEL | | 2,000.00 | 0.85 | 1704.25 |
| EMT 075RED 3/4-RED-FIRE-ALARM-EMT | | 2,000.00 | 0.36 | 719.13 |
| IDE 30-3392 12AWG 8INCH BOX OF 50 UofMea 1 SOLID WIRE GROUNDING TAIL | | 100.00 | 0.26 | 25.52 |
| EGS 7075S 3/4"GLAND COMP CONN | | 100.00 | 0.23 | 23.41 |
| EGS 6075S 3/4" GLAND COMPRESSION UofMea 1 COUPLG | | 100.00 | 0.28 | 27.68 |
| EGS AS-0-100 NEER 5/16""ANTI-SHORT UofMea 1 BUSHING | | 100.00 | 0.02 | 2.29 |
| RXC R8ZNK 19758 -> 8 X 1 NYLON ZIP UofMea 1 IT ANCHOR KIT SOLD PER EACH | | 4.00 | 10.51 | 42.06 |

| | INVOICE SUBTOTAL | STATE TAX | COUNTY TAX | CITY TAX | OTHER TAX | FREIGHT & HANDLING | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| | 5,543.46 | 332.61 | | | | 0.00 | 5876.06 |



# Silverman | Theologou

## COUNSELORS AND ATTORNEYS AT LAW

June 20, 2013

Worch Electric, Inc.                          **Via Certified Mail Return Receipt Requested**
2230 Distribution Circle                       7012 3460 0001 2625 4984
Silver Spring, MD 20910

Lebolo-Watts Constructors 01 Joint Venture **Via Certified Mail Return Receipt Requested**
LLC                                            7012 3460 0001 2625 4977
2100 Corporate Drive
Boynton Beach, FL 33426

Colonial Surety Company                        **Via Certified Mail Return Receipt Requested**
1423 State Road                                7012 3460 0001 2625 4960
Duncannon, PA 17020

| | Re: | **Principal:** | **Worch Electric, Inc.** |
|---|---|---|---|
| | | **Surety:** | **Colonial Surety Company** |
| | | **Bond Number:** | **CSC-220442** |
| | | **Project:** | **New 25,000 SF Building located at 6421 Zimborski Ave.,** |
| | | | **Ft. Meade, MD 20755** |
| | | **Claimant:** | **Branch Group, Inc. d/b/a Rexel** |
| | | **Amount Due:** | **$117,572.76** |

To Whom It May Concern:

Please be advised that the undersigned represents Branch Group, Inc. d/b/a Rexel ("Rexel") with regard to its claim for the balance due for work performed at the above referenced project.

My client entered into an agreement with Worch Electric, Inc., in which Rexel provided building materials for the above referenced project. The materials were supplied as per the contract; however, full payment was never made. The total amount due and owing through June 20, 2013 is One Hundred Seventeen Thousand Five Hundred Seventy Two and 76/100 Dollars ($117,572.76).

Pursuant to the above referenced bond, demand is hereby made upon Colonial Surety Company, as surety and Worch Electric, Inc. as Principal, for the total amount due and owing through June 20, 2013 which is One Hundred Seventeen Thousand Five Hundred Seventy Two and 76/100 Dollars ($117,572.76).

Please forward a proof of claim to this office. If you have any questions regarding this matter, please do not hesitate to contact me. Thank you in advance for your cooperation with this matter.

Silverman | Theologou

Very truly yours,

SILVERMAN THEOLOGOU, LLP

Douglas R. Blecki, Jr.

42710.001

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *GJK*
☐ Agent
☐ Addressee

B. Received by (Printed Name)  *J Hansen*
C. Date of Delivery  06/24/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Worch Electric, Inc.
2230 Distribution Circle
Silver Spring, MD 20910

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7012 3460 0001 2625 4984

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Kathy Miller*
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery  6-24-13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Colonial Surety Company
1423 State Road
Duncannon, PA 17020

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7012 3460 0001 2625 4960

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  *Kevin Hanson*
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Lebolo-Watts Constructors 01 Joint Venture, LLC
2100 Corporate Drive
Boynton Beach, FL 33426

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7012 3460 0001 2625 4977

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540